QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443 3000
Facsimile:    (213) 443 3100

Attorneys for Third Party
Waste Management of Arizona, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>-v-<br><br>ROBERT SUTTON, JR. and<br>RICHARD WESTFALL,<br><br>                                    Defendants. | CASE NO. CR05-0826 TUC CKJ (BPV)<br><br>**STIPULATION TO EXTEND DUE DATE OF WASTE MANAGEMENT OF ARIZONA, INC.'S REPLY BRIEF TO DEFENDANTS' OPPOSITIONS TO MOTION TO QUASH SUBPOENA *DUCES TECUM*** <br><br>Hearing Date:   June 28, 2006<br>Hearing Time:   2:30 p.m.<br><br>Judge:          Hon. Cindy K. Jorgenson |

522/1886424.1

STIPULATION TO EXTEND DUE DATE FOR WASTE MANAGEMENT'S REPLY BRIEF

Waste Management of Arizona, Inc. and the parties herein, by and through their respective counsel of record, and subject to the Court's approval, enter into the following stipulation:

**IT IS HEREBY STIPULATED** by and between Waste Management of Arizona, Inc. and the parties, through their respective attorneys of record, that Waste Management shall have until June 8, 2006, to file a reply brief to Richard Westfall's and Robert Sutton, Jr.'s oppositions to Waste Management's Motion to Quash Subpoena *Duces Tecum.*

**IT IS HEREBY STIPULATED:**

DATED: May 19, 2006

KARP, HEURLIN & WEISS, P.C.

By /s/
Stephen M. Weiss
Attorney for Defendant Richard Westfall

**IT IS HEREBY STIPULATED:**

DATED: May 19, 2006

PICCARETTA & DAVIS, P.C.

By /s/
Michael Piccaretta
Attorney for Defendant Robert Sutton

**IT IS HEREBY STIPULATED:**

DATED: May 19, 2006

OFFICE OF THE UNITED STATES ATTORNEY

By /s/
Howard Sukenic
Attorney for United States of America

**IT IS HEREBY STIPULATED:**

DATED: May 19, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/
Steven G. Madison
Attorneys for Third Party
Waste Management of Arizona, Inc.